# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-20688
Conference Calendar

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**
August 17, 2010

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LUCIANO GUERRA-ZAMARRIPA, also known as Luciano Guerra, also known as Luciano Zamarizipa Guerra, also known as Juan Antonio Maldonado, also known as Luciano Zamarippa Guerra, also known as Luciano Zamarrip Guerra,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CR-324-1

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Luciano Guerra-Zamarripa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Guerra-Zamarripa has filed a response. Our independent review of the record, counsel's brief, and Guerra-Zamarripa's response discloses no nonfrivolous issue for appeal. Accordingly,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.